**DISMISS and Opinion Filed April 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00436-CV
### No. 05-20-00437-CV

## IN THE BEST INTEREST AND PROTECTION OF V.B., APPELLANT
## V.
## STATE OF TEXAS, APPELLEE

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MI-20-00793, MED-20-80184**

## MEMORANDUM OPINION
Before Justices Burns, Molberg, and Nowell
Opinion by Chief Justice Burns

Before the Court is appellants' April 16, 2020 notice of withdrawal of appeals.

Accordingly, we **DISMISS** these proceedings.


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200436F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE BEST INTEREST AND
PROTECTION OF V.B., Appellant

No. 05-20-00436-CV     V.

STATE OF TEXAS, Appellee

On Appeal from the Probate Court
No. 3, Dallas County, Texas
Trial Court Cause No. MI-20-00793.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered April 22, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE BEST INTEREST AND
PROTECTION OF V.B., Appellant

No. 05-20-00437-CV     V.

STATE OF TEXAS, Appellee

On Appeal from the Probate Court
No. 3, Dallas County, Texas
Trial Court Cause No. MED-20-
80184.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Nowell
participating.

     In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered April 22, 2020